UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES C. JAMES,

      Plaintiff,

  v.

D. ARTIS, et al.,

      Defendants.

No. 2:13-cv-0886 CKD P

ORDER

      Plaintiff has filed a motion for a third extension of time to file a second amended complaint. Good cause appearing, the court will grant this request. Plaintiff also seeks an order compelling officials at the California Health Care Facility to provide him access to his central file. The court lacks jurisdiction over these officials, as they are not defendants in this action. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100 (1969). In fact, no defendants have been served and no complaint is pending at this time.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 18) is granted in part and denied in part as follows:

      1. Plaintiff's request for an extension of time is granted;

      2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint; and

////

3. Plaintiff's request for an order compelling CDCR to provide access to his central file is denied.

Dated: November 25, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/
jame0886.36(2)