UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES C. JAMES,<br><br>  Plaintiff,<br><br>  v.<br><br>D. ARTIS, et al.,<br><br>  Defendants. | No. 2:13-cv-0886 JAM CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 26, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

////

1

1. The findings and recommendations filed January 26, 2015, are adopted in full; and

2. Defendants' motion to dismiss (ECF No. 30) is GRANTED as to plaintiff's equal protection claims and DENIED as to plaintiff's Eighth Amendment outdoor exercise claims against defendants Tucker and Ramirez.

DATED: March 6, 2015

                                      John A. Mendez_____
                                      UNITED STATES DISTRICT COURT JUDGE